UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH SAMUEL CONE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-531-JJF |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to approval of the Court, that Intel Corporation's response to Plaintiffs' complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any such motion has been denied.  No prior extensions of time have been sought or granted.

Dated: August 4, 2005

| | |
|---|---|
| ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A. | POTTER ANDERSON & CORROON LLP |
| /s/ Jeffrey S. Goddess | [signature] 3983 |
| Jeffrey S. Goddess (#630)<br>919 Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br>Telephone: (302) 656-4433<br>Facsimile: (302) 658-7567<br>jgoddess@rmgglaw.com | Richard L. Horwitz (#2246)<br>W. Harding Drane (#1023)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>Phone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com |
| Of Counsel:<br><br>Robert S. Kithceoff<br>Steven A. Asher<br>Mindee J. Reuben<br>WEINSTEIN KITHCENOFF<br>  & ASHER, LLC<br>1845 Walnut Street, Suite 1100<br>Philadelphia, PA 19103<br>Telephone: (215) 545-7200<br>Facsimile: (215) 545-6535 | Of Counsel:<br><br>BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 |
| Steve W. Berman<br>Anthony D. Shapiro<br>HAGENS BERMAN SOBOL<br>  SHAPIRO, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |
| Frederick P. Furth<br>Michael P. Lehman<br>Thomas P. Dove<br>Alex C. Turan<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-2070<br>Facsimile: (415) 982-2076 | |

Guido Saveri
SAVERI & SAVERI, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813


Attorneys for Plaintiff
JOSEPH SAMUEL CONE


SO ORDERED this ___ day of _____, 2005.


_____
Joseph J. Farnan, Jr., U.S.D.J.