# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>INTEL CORP. MICROPROCESSOR<br>ANTITRUST LITIGATION | MDL Docket No. 05-1717-JJF |
| PHIL PAUL, on behalf of himself<br>and all others similarly situated,<br><br>        Plaintiffs,<br>v.<br>INTEL CORPORATION,<br>        Defendant. | Civil Action No. 05-485-JJF<br><br>CONSOLIDATED ACTION |
| JOSEPH SAMUEL CONE, on behalf of himself<br>and all others similarly situated,<br><br>        Plaintiff,<br>v.<br>INTEL CORPORATION,<br>       Defendant. | Civil Action No. 05-531-JJF |

## SUBSTITUTION OF COUNSEL

TO:    Dr. Peter T. Dalleo, Clerk of the Court
           District Court of Delaware
           800 North King Street
           Wilmington, Delaware 19801

**PLEASE ENTER** the appearances of James L. Holzman, J. Clayton Athey, Laina M. Herbert and Melissa N. Donimirski of Prickett, Jones & Elliott, P.A., as attorneys for Plaintiff Joseph Samuel Cone in the above-captioned matters and **PLEASE WITHDRAW** the appearance of Frederick P. Furth, Thomas P. Dove and Alex C. Turan of The Furth Firm, LLP.

19684.1\379092v1

| THE FURTH FIRM, LLP | PRICKETT, JONES & ELLIOTT, P.A. |
|---|---|
| /s/ Thomas P. Dove<br>Frederick P. Furth<br>Thomas P. Dove<br>Alex C. Turan<br>225 Bush Street, 15th Floor<br>San Francisco, California  94104-4249<br>Telephone: (415) 433-2070<br>Facsimile:  (415) 982-2076<br>fpfurth@furth.com<br>tdove@furth.com<br>aturan@furth.com | /s/ Laina M. Herbert<br>James L. Holzman (Bar ID #663)<br>J. Clayton Athey (Bar ID #4378)<br>Laina M. Herbert (Bar ID #4717)<br>Melissa N. Donimirski (Bar ID #4701)<br>1310 King Street, Box 1328<br>Wilmington, Delaware 19899<br>Telephone:    (302) 888-6500<br>Facsimile:     (302) 658-8111<br>jlholzman@prickett.com<br>jcathey@prickett.com<br>lmherbert@prickett.com<br>mndonimirski@prickett.com<br>*Attorneys for Plaintiff Joseph Samuel Cone*<br><br>*Of Counsel:*<br>ZELLE, HOFMANN, VOELBEL,  MASON & GETTE LLP<br>Craig C. Corbitt (Cal. State Bar ID #83251)<br>Judith A. Zahid (Cal. State Bar ID #215418)<br>44 Montgomery Street, Suite 3400<br>San Francisco, California  94104<br>Telephone:    (415) 693-0700<br>Facsimile:     (415) 693-0770 |

Dated:  September 4, 2008